
WADE BURGESON, SBA #015650
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: wmb@engelmanberger.com

Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARK A. TORRE,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No.: 4:05-bk-04468-JMM |
| MARK A. TORRE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; SALLIE MAE; HARVARD UNIVERSITY; and TERI<br><br>Defendants. | Adversary No. 4:05-ap-00248-JMM<br><br>**STIPULATED JUDGMENT OF DISCHARGEABILITY OF DEBT OWED TO SALLIE MAE, INC.** |

The Plaintiff Mark A. Torre ("Torre") and Defendant Sallie Mae, Inc. ("Sallie Mae") by and through their respective counsel undersigned, in response to the *"Complaint to Determine Dischargeability of Debt"* ("Complaint") filed in the above-captioned cause of action, have entered into a stipulation concerning the dischargeability of the educational debt owed to Sallie Mae and hereby stipulate and agree as follows:

### FINDINGS OF FACT

1. Torre is the Plaintiff and Debtor in the above-captioned cause of action.

2. Sallie Mae is an entity associated with the government of the United States of America, and is the servicing agent for one of the Student Loans (as defined in the Complaint).

3. Torre filed a voluntary petition commencing a Chapter 7 case on August 10, 2005 ("Filing Date") under Case No. 4:05-bk-04468-JMM (the "Bankruptcy Case").

4. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§1134 and 157, 11 U.S.C. §§523(a)(8), and Fed.R.Bankr.P. 4004, 4007 and 7001(6). This adversary proceeding constitutes a "core" matter over which this Court has jurisdiction to enter a final judgment, pursuant to 28 U.S.C. §157(b)(2)(I). Pursuant to 28 U.S.C. §1409(a), venue in this Court is proper.

5. Prior to the Filing Date, Torre received an educational loan designated as a "Bar-Study Loan." The Bar-Study Loan was disbursed on or about May 14, 1998, in the original principal amount of $7,500.00.

6. As of the Filing Date, the balance of the Bar-Study Loan was approximately $2,381.01.

7. Sallie Mae is the account servicing agent and is responsible for the collection of the Bar Study Loan.

8. Excepting the Bar-Study Loan from discharge will impose an undue hardship on Torre and on Torre's dependents.

9. The parties hereto have reached an agreement which resolves those portions of the Complaint with respect to the Bar-Study Loan and Sallie Mae, as well as the other matters set forth herein.

**ORDER**

Based upon the foregoing Findings of Facts, the Court hereby enters its orders as follows:

A. The Finings of Fact contained hereinabove are incorporated by reference herein and Torre and Sallie Mae acknowledge the accuracy of said Findings of Fact.

B. Based on the Findings of Fact, and the parties' agreements as set forth herein, the Court finds that accepting the Bar-Study Loan and the obligation owed to Sallie Mae from discharge would impose an undue hardship on Torre and Torre's dependents.

GRANTED

C. The Bar-Study Loan is a dischargeable debt and the obligation owed to Sallie Mae will be subject to the Chapter 7 discharge entered in the Bankruptcy Case.

**DATED** this ____ day of _____ 2006.

_____
Honorable James M. Marlar
United States Bankruptcy Court Judge

**AGREED AS TO FORM AND CONTENT:**

**ENGELMAN BERGER, P.C.**

By _____
Wade M. Burgeson
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
Attorneys for Mark Torre

**SALLIE MAE, INC.**

By _____
Petra Shipman
Litigation Analyst

GRANTED